No. 2273.—El Pueblo, Apdo., v. Cepeda, Aplte.—C. D. San Juan, Disto. 2º. Portar armas. Junio 3, 1924.

No. 2272.—El Pueblo, Apdo., v. Ruiz, Aplte.—C. D. San Juan, Disto. 2º. Acometimiento. Junio 3, 1924.

No. 2280.—El Pueblo, Apdo., v. Archilla, Aplte.—C. D. Arecibo. Mutilación. Junio 4, 1924.

No. 2283.—El Pueblo, Apdo., v. Reilló, Aplte.—C. D. Arecibo. Acometimiento y agresión. Junio 5, 1924.

No. 2286.—El Pueblo, Apdo., v. Smaine, Aplte.—C. D. Guayama. Asesinato en primer grado. Junio 6, 1924.

No. 2291. — El Pueblo, Apdo., v. Menéndez, Aplte. — C. D. Arecibo. Abandono de menores. Junio 10, 1924.

No. 2292.—El Pueblo, Apdo., v. Rosario, Aplte.—C. D. Arecibo. Violación. Junio 11, 1924.

No. 2297. — El Pueblo, Apdo., v. Reyes, Aplte. — C. D. Ponce. Ataque para cometer homicidio. Junio 13, 1924.

No. 2296. — El Pueblo, Apdo., v. Rosa, Aplte. — C. D. Ponce. Acometimiento y agresión. Junio 13, 1924.

No. 3307.—Union Commercial Corporation, Aplda., v. Tomás Quiñones, Scrs., Aplte.—C. D. San Juan, Distrito 1º. Cobro de cantidad. Julio 23, 1924.

No. 2304.—El Pueblo, Apdo., v. Sánchez, Aplte.—C. D. Arecibo. Acometimiento y agresión. Nov. 7, 1924.

No. 2341.—El Pueblo, Apdo., v. Lugo, Aplte. — C. D. Ponce. Escalamiento. Nov. 11, 1924.

No. 2345.—El Pueblo, Apdo., v. Figueroa, Aplte.—C. D. San Juan, Disto. 1º. Hurto mayor. Nov. 13, 1924.

No. 2328. — El Pueblo, Apdo., v. Caraballo, Aplte. — C. D. San Juan, Disto. 1º. Homicidio voluntario. Nov. 14, 1924.

No. 2317. — El Pueblo. Apdo., v. Navarrete, Aplte. — C. D. San Juan, Disto. 2º. Adulteración de leche. Dic. 2, 1924.

No. 3366.—Díaz, Aplte., v. González, Aplda.—C. D. Guayama. Filiación. Dic. 2, 1924.

No. 2316. — El Pueblo, Apdo., v. Ortega, Aplte. — C. D. San Juan, Disto. 2º. Adulteración de leche. Dic. 5, 1924.